

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2038*

June 9, 2026

**Via ECF**
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:    *Perez-Duran v. Perez, et al.*, Civil No. 26-05889 (JXN)**
> **Extension Request by Consent**

Dear Judge Neals:

This Office represents Respondents in the above habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We write to respectfully request an extension of Respondents' deadline to respond to the Petition, from June 9 to June 11, 2026.

We respectfully submit that good cause exists for this extension, because the agency requires additional time to provide this Office information regarding the revocation of Petitioner's order of supervision. Petitioner's counsel, Stephanie Gibbs, Esq., kindly consents to the June 11, 2026 deadline.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**So ORDERED on 6/10/2026:**

By:    *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

JULIEN XAVIER NEALS
United States District Judge